UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Zurn Pex Products Liability Litigation | Court File No. 08-MDL-1958 (ADM/RLE) |
| *This document relates to:* | |
| *Cox, et al.* (Civil No. 07-cv-03652) | **PLAINTIFFS' MOTION FOR MINNESOTA CLASS CERTIFICATION** |

TO:   Defendants and their attorney, James A. O'Neal, Amy R. Freestone, Faegre & Benson, LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901

## MOTION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court for an Order:

1. Certifying this matter as a class action pursuant to Fed. R. Civ. P. 23(b)(3);

2. Appointing Denise Cox, Terry Cox, Kevin Haugen, Christa Haugen, Robert Hvezda, Carrie Hvezda, Brian Minnerath, Jody Minnerath and Michelle Oelfke as class representatives for the Rule 23 class action;

3. Appointing the law firms of Larson • King, LLP, Zimmerman Reed, PLLP, Lockridge Grindal Nauen, PLLP, The Mason Law Firm, LLP; Cuneo, Gilbert & LaDuca, LLP and Audet & Partners, LLP as class counsel for the Rule 23 class action;

4. Directing that notice of the class certification be published and mailed to all known eligible class members;

5. Directing Zurn to provide to Class Counsel with the names and addresses of all individuals or entities who have submitted warranty claims to Zurn for brass pex fittings in Minnesota and providing a list of known users, distributors and retailers of Zurn's pex systems in Minnesota; and

6. For further and other relief the Court deems just and necessary.

This motion is based upon Plaintiffs' Memorandum of Law and supporting Affidavit and exhibits filed herewith and all the files, records, and pleadings herein, the arguments of counsel, and any additional argument, evidence, or briefing as may hereinafter be presented.

Dated this 14th day of January, 2010.    **LARSON • KING, LLP**

By  s/Shawn M. Raiter
Shawn M. Raiter, Esq. #240424
2800 Wells Fargo Place
300 East Seventh Street
Saint Paul, MN 55101
Telephone: 651-312-6500
Telefax: 651-312-6615
**Plaintiffs' Lead Counsel**

ZIMMERMAN REED, P.L.L.P.
J. Gordon Rudd #222082
David M. Cialkowski #306526
651 Nicollet Mall, Suite 501
Minneapolis, MN 55401
Tel:   (612) 341-0400
**Plaintiffs' Liaison Counsel**

Robert K. Shelquist #21310X
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2197
Telephone:   (612) 339-6900
**Co-Chair of Plaintiffs' Steering Committee**

Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street NW, Suite 500
Washington, DC 20036
Telephone:   (202) 429-2290
**Co-Chair of Plaintiffs' Steering Committee**

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone:   (202) 789-3960
**Co-Chair of Plaintiffs' Steering Committee**

Michael McShane
AUDET & PARTNERS, LLP
221 Main St.
San Francisco, CA  94105
Telephone:   (415) 982-1776

1272446