UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Zurn Pex Products Liability Litigation<br><br>*This document relates to:*<br>*Cox, et al.* (Civil No. 07-cv-03652) | Court File No.<br>08-MDL-1958 (ADM/RLE)<br><br>**PLACEHOLDER FOR MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR MINNESOTA CLASS CERTIFICATION** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Memorandum in Support of Plaintiffs' Motion for Minnesota Class Certification*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file unconventionally: )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: **22**)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
       (Document number of redacted version: _____ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).